# **EXHIBIT 8**

# Deploy Endpoint Verification to use with certificate-based access

As part of a Chrome Enterprise Premium solution, Endpoint Verification provides critical device trust and security-based access control, and can help enforce fine-grained access control on your Google Cloud resources.

For more information about Endpoint Verification, including how to install it, see Endpoint Verification overview (/endpoint-verification/docs/overview).

If you are installing Endpoint Verification for the first time, we recommend installing the latest version. The following versions of Endpoint Verification are required to use certificate-based access:

- Endpoint Verification Chrome Extension: 1.0.38 or later
- Native helper: 0.4.40.0 or later for Mac, 0.4.36.0 or later for Windows, and 20191007 or later for Linux

Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 4.0 License (https://creativecommons.org/licenses/by/4.0/), and code samples are licensed under the Apache 2.0 License (https://www.apache.org/licenses/LICENSE-2.0). For details, see the Google Developers Site Policies (https://developers.google.com/site-policies). Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2025-01-08 UTC.