# **EXHIBIT 9**

# New Google API Will Securely Verify Chrome Devices



| Light | Dark |

September 19, 2016

By Larry Loeb

2 min read



Google announced a new feature and administration serverside API for the Chrome OS called Verified Access. This API will cryptographically validate the identity of any Chrome OS device that has connected to an enterprise's network. Additionally, it will allow the enterprise to verify that any connected devices conform to the company's security policies.

The new Google API uses digital certificates stored in the hardware-based Trusted Platform Modules (TPMs) that are found in every Chrome OS device. The TPM creates a way to ensure the correct security state of the devices has not been altered.

Normal security policy checks will look for inconsistencies and red flags, but the results of the check may be invalid if the device has been compromised. That's the problem Verified Access is trying to address.

## The Magic of Google API

The cloud-based Google Admin console can help enterprises assess networks, servers and intranet pages that use mutual TLS-based authentication through the Verified Access API. The API is designed to allow a network service, such as a VPN gateway or an enterprise certificate authority (CA), to obtain a hardware-backed cryptographic guarantee of the identities of the device and user trying to access it.

The API doesn't do its magic for free, however. A Google page said the network service endpoint must be configured specifically for the API to be valid. End users will need to install a special extension on their Chrome OS devices to start.

Network services that need to be protected must also understand the Verified Access protocol. Their services must change how they work to allow for the new API. For this reason, Google encouraged security services to integrate their products with the API.

Through the proper use of the API, enterprises will be able to assure that Chrome OS users have the proper verified boot mode device policy or user policy, since they are specified by the domain's admin.

## New Smart Card Authorization

organizations.

It plays off Citrix Receiver for Chrome 2.1. Users can now authenticate to virtualized Citrix apps using smart cards. They can use single sign-on, login once to their Chromebooks, and then be authenticated across Citrix and virtualized Windows apps.

Application Programming Interface (API)  |  Google  |  Google Chrome  |  Identity  |  Identity and Access Management (IAM)  |  Operating System (OS)

**Larry Loeb**

Principal, PBC Enterprises

## POPULAR



**CLOUD SECURITY** | January 22, 2025

### 2024 Cloud Threat Landscape Report: How does cloud security fail?

*4 min read* - Organizations often set up security rules to help reduce cybersecurity vulnerabilities and risks. The 2024 Cost of a Data Breach Report discovered that 40% of all data breaches involved data distributed across multipl…



*4 min read* - Grocery store shoppers at many chains recently ran into an unwelcome surprise: empty shelves and delayed prescriptions. In early November, Ahold Delhaize USA was the victim of a cyberattack that…



**RISK MANAGEMENT**   |   October 25, 2024

## Addressing growing concerns about cybersecurity in manufacturing

*4 min read* - Manufacturing has become increasingly reliant on modern technology, including industrial control systems (ICS), Internet of Things (IoT) devices and operational technology (OT). While these innovations boost productivi…



## MORE FROM



January 31, 2025



January 30, 2025

**Ex. 9**

*4 min read* - "A computer can never be held accountable, therefore a computer must never make a management decision."- IBM Training Manual, 1979Artificial intelligence (AI) adoptio…

*4 min read* - As ransomware attacks continue to escalate, their toll is often measured in data loss and financial strain. But what about the loss of human life? Nowhere is the ransomware threat…



January 29, 2025

### AI and cloud vulnerabilities aren't the only threats facing CISOs today

*6 min read* - With cloud infrastructure and, more recently, artificial intelligence (AI) systems becoming prime targets for attackers, security leaders are laser-focused on defending these…

## Topic updates

Get email updates and stay ahead of the latest threats to the security landscape, thought leadership and research.

Subscribe today →

Analysis and insights from hundreds of the brightest minds in the cybersecurity industry to help you prove compliance, grow business and stop threats.

Cybersecurity News                    By Topic                          **Follow us on social**

By Industry                           Exclusive Series

X-Force                               Podcast

Events                                Contact

About Us

© 2025 IBM    Contact    Privacy    Terms of use    Accessibility    Cookie Preferences                    Sponsored by