# **EXHIBIT 11**

# Google Workspace Updates

This official feed from the Google Workspace team provides essential information about new features and improvements for Google Workspace customers.

**Ex. 11**

# Block compromised mobile devices using context-aware access

Monday, May 6, 2024

## What's changing

Using context-aware access, you now have the option to automatically block access to Google Workspace data from compromised Android and iOS devices. A device may be counted as compromised if certain unusual events are detected, including devices that are jailbroken, bypassing of security controls, modification of restricted settings, and more.



*Creating a new rule to block compromised mobile devices*

Ex. 11




*Blocking message for compromised iOS and Android devices*

## Getting started

- **Admins:** Visit the Help Center to learn more about how to create context conditions and apply rules with compromised device signals, and our Developer documentation regarding custom access level specification. Compromised device events reports can be viewed in the security center by going to *Security > Security center > dashboard > compromised device events*.

## Rollout pace

Ex. 11

- **Block access to Google Workspace data:** available immediately for both Android and iOS.
- **Remediation message:** available immediately for Android, available on May 9, 2024 for iOS.

## Availability

Available to Google Workspace

- **Enterprise** Standard and Plus
- **Education** Standard and Plus
- **Frontline** Standard
- **Enterprise Essentials** Plus
- **Cloud Identity** Premium

## Resources

- Google Workspace Admin Help: Set up Context-Aware Access
- Access Context Manager Help: Custom access level specification
- Google Workspace Admin Help: Compromised device events report



Labels: Admin console , MDM , Rapid Release , Scheduled Release , Security and Compliance



Ex. 11

Google · Privacy · Terms

**Ex. 11**