# **EXHIBIT 14**

