# **EXHIBIT 15**

