# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No.: 1:25-cv-00236<br><br>**Jury Trial Demanded** |

## NOTICE OF RELATED CASES

Plaintiff K.Mizra LLC ("K.Mizra") hereby notifies the Court of related cases involving the same patents-in-suit as this matter.

One of the patents-in-suit was previously asserted by K.Mizra in this District against Cisco Systems, Inc. in *K.Mizra v. Cisco Systems, Inc.*, Civil Action No. 6:20-cv-01031-ADA (W.D. Tex.). That case was assigned to Judge Albright and resolved in September 2024, only a few weeks prior to trial being scheduled to commence. In that action, Judge Albright not only conducted a claim construction hearing and issued several important constructions of disputed claim terms, he also ruled on numerous summary judgment and *Daubert* motions as part of a final pretrial conference. Judge Albright is thus well-versed in the technology involved in this action, K.Mizra and other issues here likely to be involved.

In addition, K.Mizra identifies one additional case alleging infringement of the same patents-in-suit in the pending action styled *K.Mizra LLC v. SonicWall, Inc.*, Civil Action No. 1:25-cv-00047-RGA (D. Del.).

2

Dated: February 18, 2025

Respectfully submitted,

By: */s/ Michael C. Smith*
    Michael C. Smith
    Texas Bar No. 18650410
    michael.smith@solidcounsel.com
    Scheef & Stone, LLP
    113 E. Austin Street
    Marshall, TX 75670
    (903) 938-8900

    Robert R. Brunelli*
    CO State Bar No. 20070
       rbrunelli@sheridanross.com
    Scott R. Bialecki*
    CO State Bar No. 23103
       sbialecki@sheridanross.com
    Bart A. Starr*
    CO State Bar No. 50446
       bstarr@sheridanross.com
    Brian S. Boerman*
    CO State Bar No. 50834
       bboerman@sheridanross.com
    Gene Volchenko*
    IL State Bar No. 6342818
       gvolchenko@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202
    Telephone: 303-863-9700
    Facsimile: 303-863-0223
    litigation@sheridanross.com

    *Of Counsel*:
    Claire A. Henry
    Texas Bar No. 24053063
    Miller Fair Henry PLLC
    1507 Bill Owens Parkway
    Longview, TX 75604
    Telephone: (903) 757-6400
    Facsimile: (903) 757-2323
    claire@millerfairhenry.com

    *\*Pro hac vice pending*
    *Attorneys for Plaintiff K.Mizra LLC*