**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No.: _____<br><br><br>**Jury Trial Demanded** |

### FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff K.Mizra LLC states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: February 18, 2025                    Respectfully submitted,

                                By: */s/ Michael C. Smith*
                                    Michael C. Smith
                                    Texas Bar No. 18650410
                                    michael.smith@solidcounsel.com
                                    Scheef & Stone, LLP
                                    113 E. Austin Street
                                    Marshall, TX 75670
                                    (903) 938-8900

                                    Robert R. Brunelli*
                                    CO State Bar No. 20070
                                        rbrunelli@sheridanross.com
                                    Scott R. Bialecki*
                                    CO State Bar No. 23103
                                        sbialecki@sheridanross.com
                                    Bart A. Starr*
                                    CO State Bar No. 50446
                                        bstarr@sheridanross.com
                                    Brian S. Boerman*
                                    CO State Bar No. 50834
                                        bboerman@sheridanross.com
                                    Gene Volchenko*

IL State Bar No. 6342818
gvolchenko@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Of Counsel*:
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
claire@millerfairhenry.com

*Pro hac vice pending*
*Attorneys for Plaintiff K.Mizra LLC*