IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **K.MIZRA LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **GOOGLE LLC**, <br><br> Defendant. | Case No. 1:25-cv-00236-ADA <br><br> **JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff K.Mizra LLC and Defendant Google LLC hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed.

A *Markman* hearing is presumptively set for October 27, 2025. As set forth in the Court's Standing Order Governing Proceedings in Patent Cases, the *Markman* hearing is set for 23 weeks after the Case Management Conference (CMC) or as soon as practicable. The CMC currently is set for May 19, 2025. This *Markman* hearing date is a placeholder and the Court may adjust this date as the *Markman* hearing approaches.

A firm trial date has not been set. However, trial is presumptively set for October 26, 2026, pursuant to the Court's Standing Order Governing Proceedings in Patent Cases, which sets jury selection and trial for 52 weeks after the *Markman* hearing, or as soon as practicable.

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on February 18, 2025. Dkt. No. 1. There has been one extension for Defendant's answer or response for a total of 45 days. Dkt. No. 13.

## RESPONSE TO THE COMPLAINT

On April 28, 2025, Defendant filed a Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6). Plaintiff's response to the Motion is currently due on May 12, 2025.

## PENDING MOTIONS

Defendant's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) is pending.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There currently are no related cases pending in this judicial district. However, this Court previously presided over one related case in the Waco Division. *See K.Mizra LLC v. Cisco Systems, Inc.*, No. 6:20-cv-01031-ADA. The Court granted the parties' joint motion to dismiss that case on October 7, 2024.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted two patents and currently asserts a total of eleven claims. The asserted patents are U.S. Patent No. 8,234,705 and U.S. Patent No. 9,516,048.

## APPOINTMENT OF TECHNICAL ADVISER

The parties defer to the Court on whether to appoint a technical advisor to the case to assist the Court with claim construction or other technical issues.

**MEET AND CONFER STATUS**

Counsel for Plaintiff and Defendant met and conferred on May 1, 2025. The Parties have no pre-*Markman* issues to raise at the CMC.

Dated: May 5, 2025                                              Respectfully submitted,

By: /s/ Bart A. Starr                                           By: /s/ Tharan Gregory Lanier
    Michael C. Smith                                          Michael E. Jones
    Texas Bar No. 18650410                                     Texas Bar No. 10929400
    michael.smith@solidcounsel.com                             Shaun W. Hassett
    Scheef & Stone, LLP                                        Texas Bar No. 24074372
    113 E. Austin Street                                       Potter Minton P.C.
    Marshall, TX 75670                                         102 North College, Suite 900
    Tel: (903) 938-8900                                        Tyler, Texas 75702
                                                               Tel: (903) 597-8311
    Robert R. Brunelli (Admitted *pro hac vice*)               Fax: (903) 593-0846
    Colorado Bar No. 20070                                     mikejones@potterminton.com
    rbrunelli@sheridanross.com                                 shaunhassett@potterminton.com
    Bart A. Starr (Admitted *pro hac vice*)
    Colorado Bar No. 50446                                     Tharan Gregory Lanier (Admitted *pro hac vice*)
    bstarr@sheridanross.com                                    tglanier@jonesday.com
    Brian S. Boerman (Admitted *pro hac vice*)                 Evan McLean (Admitted *pro hac vice*)
    Colorado Bar No. 50834                                     emclean@jonesday.com
    bboerman@sheridanross.com                                  JONES DAY
    Gene Volchenko (Admitted *pro hac vice*)                   Silicon Valley Office
    Illinois Bar No. 6342818                                   1755 Embarcadero Road
    Sheridan Ross P.C.                                         Palo Alto, CA 94303
    1560 Broadway, Suite 1200                                  Telephone: +1.650.739.3939
    Denver, CO 80202                                           Facsimile: +1.650.739.3900
    Tel: (303) 863-9700
    Fax: (303) 863-0223
    litigation@sheridanross.com                                Michael A. Lavine (Admitted *pro hac vice*)
                                                               mlavine@jonesday.com
    *Of Counsel:*                                              JONES DAY
    Claire A. Henry                                            555 California Street, 26th Floor
    Texas Bar No. 24053063                                     San Francisco, CA 94104
    Miller Fair Henry PLLC                                     Telephone: +1.415.626.3939
    1507 Bill Owens Parkway                                    Facsimile: +1.415.875.5700
    Longview, TX 75604
    Telephone: (903) 757-6400
    Fax: (903) 757-2323                                        Daniele San Román (Admitted *pro hac vice*)
    claire@millerfairhenry.com                                 dsanroman@jonesday.com

*Attorneys for Plaintiff K.Mizra LLC*

JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: +1.858.314.1200
Facsimile: +1.844.345.3178

Sachin M. Patel (Admitted *pro hac vice*)
smpatel@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Lori R. Brown
Lori R. Brown
Paralegal
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: (303) 863-9700
Facsimile: (303) 863-0223
litigation@sheridanross.com

Attorney for Plaintiff K.Mizra LLC