# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **K.MIZRA LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **GOOGLE LLC**, <br><br> Defendant. | Case No. 1:25-cv-00236-ADA <br><br> **JURY TRIAL DEMANDED** |

**JOINT NOTICE TO AMEND DEADLINE TO FILE AGREED SCHEDULING ORDER**

Pursuant to the Court's February 13, 2025 Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Google LLC ("Google") (collectively, the "Parties") hereby notify the Court that the parties have agreed to amend the deadline to file the Agreed Scheduling Order by two weeks, up to and including June 16, 2025. The Parties do not seek to modify any other deadline, do not seek this modification for the purpose of delay, and the Parties' agreement does not extend a deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

| | |
|---|---|
| Dated: May 29, 2025 | Respectfully submitted, |
| By: /s/ *Shaun W. Hassett, with permission for Michael C. Smith* | By: /s/ *Shaun W. Hassett* |
| Michael C. Smith<br>Texas Bar No. 18650410<br>michael.smith@solidcounsel.com<br>Scheef & Stone, LLP<br>113 E. Austin Street<br>Marshall, TX 75670<br>Tel: (903) 938-8900<br><br>Robert R. Brunelli (Admitted *pro hac vice*)<br>Colorado Bar No. 20070<br>rbrunelli@sheridanross.com<br>Bart A. Starr (Admitted *pro hac vice*)<br>Colorado Bar No. 50446<br>bstarr@sheridanross.com<br>Brian S. Boerman (Admitted *pro hac vice*)<br>Colorado Bar No. 50834<br>bboerman@sheridanross.com<br>Sheridan Ross P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO 80202<br>Tel: (303) 863-9700<br>Fax: (303) 863-0223<br>litigation@sheridanross.com<br><br>*Of Counsel:*<br>Claire A. Henry<br>Texas Bar No. 24053063<br>Miller Fair Henry PLLC<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>Telephone: (903) 757-6400<br>Fax: (903) 757-2323<br>claire@millerfairhenry.com<br><br>*Attorneys for Plaintiff K.Mizra LLC* | Michael E. Jones<br>Texas Bar No. 10929400<br>Shaun W. Hassett<br>Texas Bar No. 24074372<br>Potter Minton P.C.<br>102 North College, Suite 900<br>Tyler, Texas 75702<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846<br>mikejones@potterminton.com<br>shaunhassett@potterminton.com<br><br>Tharan Gregory Lanier (Admitted *pro hac vice*)<br>tglanier@jonesday.com<br>Evan McLean (Admitted *pro hac vice*)<br>emclean@jonesday.com<br>JONES DAY<br>Silicon Valley Office<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone: +1.650.739.3939<br>Facsimile:  +1.650.739.3900<br><br>Michael A. Lavine (Admitted *pro hac vice*)<br>mlavine@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>Facsimile:  +1.415.875.5700<br><br>Daniele San Román (Admitted *pro hac vice*)<br>dsanroman@jonesday.com<br>JONES DAY<br>4655 Executive Drive, Suite 1500<br>San Diego, CA 92121<br>Telephone: +1.858.314.1200<br>Facsimile:  +1.844.345.3178 |

                                      Sachin M. Patel (Admitted *pro hac vice*)
                                      smpatel@jonesday.com
                                      JONES DAY
                                      110 North Wacker Drive, Suite 4800
                                      Chicago, IL 60606
                                      Telephone: +1.312.782.3939
                                      Facsimile: +1.312.782.8585

                                      *Attorneys for Defendant Google LLC*

4898-8764-5256, v. 1