IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Case No. 1:25-cv-00236-ADA |
| GOOGLE LLC, | § § | |
| Defendant. | § § § § | **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY
DANIELE SAN ROMÁN**

Defendant Google LLC ("Google") hereby moves for Daniele San Román, formerly of Jones Day, to be permitted to withdraw as counsel for Defendant in this case. The withdrawal of Daniele San Román will not delay this proceeding and will not prejudice any party. No other changes are required regarding other attorneys at Jones Day, and they will continue working as counsel of record for Defendant.

Defendant respectfully requests that the Court grant this Motion and enter an order permitting Daniele San Román to withdraw from this action as counsel for Defendant. Defendant further requests that the Court and all parties remove Daniele San Román from all service lists, including ECF service lists, and cease to serve her with orders, motions, discovery, and all other documents subject to service and/or notice in this proceeding.

Dated: June 2, 2025

Respectfully submitted,

By: _Michael E. Jones for Tharan Gregory Lanier, with permission_

Daniele San Román
dsanroman@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: +1.858.314.1200
Facsimile: +1.844.345.3178

Sachin M. Patel
smpatel@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

Tharan Gregory Lanier (Lead Counsel)
tglanier@jonesday.com
Evan McLean
emclean@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900

Michael A. Lavine
mlavine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

        Michael E. Jones
        TX State Bar No. 10929400
        mikejones@potterminton.com
        Shaun W. Hassett
        TX State Bar No. 24074372
        shaunhassett@potterminton.com
        POTTER MINTON
        102 N. College Ave., Suite 900
        Tyler, TX 75702
        Telephone: +1.903.597.8311
        Facsimile:  +1.903.593.0846

        *Counsel for Defendant Google LLC*