# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| K.MIZRA LLC, <br><br>   Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br>   Defendant. | Civil Action No.: 1:25-cv-00236-ADA <br><br><br> Jury Trial Demanded |

## JOINT MOTION TO ENTER PROPOSED SCHEDULING ORDER

Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Google LLC ("Google") (collectively, the "Parties") submit this Joint Motion to Enter Proposed Scheduling Order, and the Parties respectfully request that the Court enter the proposed Scheduling Order submitted herewith.

Dated: June 16, 2025

By: /s/ Bart A. Starr
   Michael C. Smith
   Texas Bar No. 18650410
   michael.smith@solidcounsel.com
   Scheef & Stone, LLP
   113 E. Austin Street
   Marshall, TX 75670
   (903) 938-8900

   Robert R. Brunelli (Admitted *pro hac vice*)
   CO State Bar No. 20070
      rbrunelli@sheridanross.com
   Bart A. Starr (Admitted *pro hac vice*)
   CO State Bar No. 50446
      bstarr@sheridanross.com
   Brian S. Boerman (Admitted *pro hac vice*)
   CO State Bar No. 50834
      bboerman@sheridanross.com
   Gene Volchenko (Admitted *pro hac vice*)

By: /s/ Tharan Gregory Lanier
   Michael E. Jones
   Texas Bar No. 10929400
   Shaun W. Hassett
   Texas Bar No. 24074372
   Potter Minton P.C.
   102 North College, Suite 900
   Tyler, Texas 75702
   Tel: (903) 597-8311
   Fax: (903) 593-0846
   mikejones@potterminton.com
   shaunhassett@potterminton.com

   Tharan Gregory Lanier (Admitted *pro hac vice*)
      tglanier@jonesday.com
   Evan McLean (Admitted *pro hac vice*)
      emclean@jonesday.com
   JONES DAY

| | |
|---|---|
| IL State Bar No. 6342818<br>gvolchenko@sheridanross.com<br>SHERIDAN ROSS P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO 80202<br>Telephone: 303-863-9700<br>Facsimile: 303-863-0223<br>litigation@sheridanross.com<br><br>*Of Counsel:*<br>Claire A. Henry<br>Texas Bar No. 24053063<br>Miller Fair Henry PLLC<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>Telephone: (903) 757-6400<br>Facsimile: (903) 757-2323<br>claire@millerfairhenry.com<br><br>***Attorneys for Plaintiff K.Mizra LLC*** | Silicon Valley Office<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone: +1.650.739.3939<br>Facsimile:  +1.650.739.3900<br><br>Michael A. Lavine (Admitted *pro hac vice)*<br>mlavine@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>Facsimile:  +1.415.875.5700<br><br>Daniele San Román (Admitted *pro hac vice*)<br>dsanroman@jonesday.com<br>JONES DAY<br>4655 Executive Drive, Suite 1500<br>San Diego, CA 92121<br>Telephone: +1.858.314.1200<br>Facsimile:  +1.844.345.3178<br><br>Sachin M. Patel (Admitted *pro hac vice*)<br>smpatel@jonesday.com<br>JONES DAY<br>110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606<br>Telephone: +1.312.782.3939<br>Facsimile:  +1.312.782.8585<br><br>***Attorneys for Defendant Google LLC*** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on June 16, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Lori R. Brown
Lori R. Brown
lbrown@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com