# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No.: 1:25-cv-00236-ADA<br><br>Jury Trial Demanded |

## JOINT NOTICE AND REQUEST TO EXTEND THE DEADLINE FOR THE PARTIES' DISCLOSURE OF EXTRINSIC EVIDENCE

Pursuant to the June 17, 2025 Scheduling Order (ECF No. 39) and the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff K.Mizra LLC and Defendant Google LLC (collectively, "the Parties") respectfully submit this Joint Notice of their agreed-upon extension of the following deadline for the disclosure of extrinsic evidence set forth in the Court's Scheduling Order (ECF No. 39), as follows:

| Event | Current Deadline | Parties' Extended Deadline |
|---|---|---|
| Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. | August 11, 2025 | August 15, 2025 |

The Parties' request is unopposed and agreed to between the Parties. The Parties' request does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or other Court event.

Dated: August 7, 2025                                               Respectfully submitted,

By: /s/ Bart A. Starr                                                     By:   /s/ Tharan Gregory Lanier
    Michael C. Smith                                                 Michael E. Jones
    Texas Bar No. 18650410                                      Texas Bar No. 10929400
    michael.smith@solidcounsel.com                          Shaun W. Hassett
    Scheef & Stone, LLP                                               Texas Bar No. 24074372
    113 E. Austin Street                                                Potter Minton P.C.
    Marshall, TX 75670                                                 102 North College, Suite 900
    (903) 938-8900                                                       Tyler, Texas 75702
                                                                                    Tel: (903) 597-8311
    Robert R. Brunelli (Admitted *pro hac vice*)          Fax: (903) 593-0846
    CO State Bar No. 20070                                         mikejones@potterminton.com
      rbrunelli@sheridanross.com                             shaunhassett@potterminton.com
    Bart A. Starr (Admitted *pro hac vice*)
    CO State Bar No. 50446                                         Tharan Gregory Lanier (Admitted *pro hac vice*)
      bstarr@sheridanross.com                                     tglanier@jonesday.com
    Brian S. Boerman (Admitted *pro hac vice*)       Evan McLean (Admitted *pro hac vice*)
    CO State Bar No. 50834                                             emclean@jonesday.com
      bboerman@sheridanross.com                        JONES DAY
    SHERIDAN ROSS P.C.                                             Silicon Valley Office
    1560 Broadway, Suite 1200                                    1755 Embarcadero Road
    Denver, CO 80202                                                   Palo Alto, CA 94303
    Telephone: 303-863-9700                                        Telephone: +1.650.739.3939
    Facsimile: 303-863-0223                                           Facsimile: +1.650.739.3900
    litigation@sheridanross.com

    *Of Counsel:*                                                                 Michael A. Lavine (Admitted *pro hac vice)*
    Claire A. Henry                                                          mlavine@jonesday.com
    Texas Bar No. 24053063                                         JONES DAY
    Miller Fair Henry PLLC                                            555 California Street, 26th Floor
    1507 Bill Owens Parkway                                       San Francisco, CA 94104
    Longview, TX 75604                                                Telephone: +1.415.626.3939
    Telephone: (903) 757-6400                                     Facsimile: +1.415.875.5700
    Facsimile: (903) 757-2323
    claire@millerfairhenry.com

*Attorneys for Plaintiff K.Mizra LLC*

Sachin M. Patel (Admitted *pro hac vice*)
smpatel@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile:  +1.312.782.8585

*Attorneys for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 7, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Lori R. Brown
Lori R. Brown
lbrown@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223