IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No.: 1:25-cv-00236-ADA<br><br>Jury Trial Demanded |

## NOTICE OF *INTER PARTES* REVIEW FILINGS

Pursuant to this Court's current Standing Order Governing Proceedings – Patent Cases (OGP Version 1 Austin), Plaintiff K.Mizra LLC hereby notifies the Court of the filing of petitions for *Inter Partes* Review:

1.  IPR2025-01115 was filed on August 13, 2025 by Petitioner Netskope, Inc. over U.S. Patent No. 8,234,705. In Paper 3 mailed August 21, 2025, the Board granted the petition a filing date of August 13, 2025. Patent Owner K.Mizra, LLC's preliminary response to the petition is due November 21, 2025. The expected time for an Institution Decision is approximately February 2026, and, if instituted, the expected time for a Final Written Decision is February 2027.

2.  IPR2025-01468 was filed on August 29, 2025 by Petitioner Citrix Systems, Inc. and Cloud Software Group, Inc. over U.S. Patent No. 8,234,705. In Paper 3 mailed September 11, 2025, the Board granted the petition a filing date of August 29, 2025. Patent Owner K.Mizra, LLC's preliminary response to the petition is due December 11, 2025. The expected time for an Institution Decision is approximately March 2026, and, if instituted, the expected time for a Final Written Decision is March 2027.

Dated: September 18, 2025        Respectfully submitted,

By: /s/ Robert R. Brunelli
    Michael C. Smith
    Texas Bar No. 18650410
    michael.smith@solidcounsel.com
    Scheef & Stone, LLP
    113 E. Austin Street
    Marshall, TX 75670
    (903) 938-8900

    Robert R. Brunelli (Admitted *pro hac vice*)
    CO State Bar No. 20070
       rbrunelli@sheridanross.com
    Bart A. Starr (Admitted *pro hac vice*)
    CO State Bar No. 50446
       bstarr@sheridanross.com
    Brian S. Boerman (Admitted *pro hac vice*)
    CO State Bar No. 50834
       bboerman@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202
    Telephone: 303-863-9700
    Facsimile: 303-863-0223
    litigation@sheridanross.com

    *Of Counsel:*
    Claire A. Henry
    Texas Bar No. 24053063
    Miller Fair Henry PLLC
    1507 Bill Owens Parkway
    Longview, TX 75604
    Telephone: (903) 757-6400
    Facsimile: (903) 757-2323
    claire@millerfairhenry.com

    *Attorneys for Plaintiff K.Mizra LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on September 18, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Lori R. Brown
Lori R. Brown
lbrown@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223