IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No.: 1:25-cv-00236-ADA<br><br>Jury Trial Demanded |

**UPDATED NOTICE OF *INTER PARTES* REVIEW FILINGS**

Pursuant to this Court's current Standing Order Governing Proceedings – Patent Cases (OGP Version 1 Austin), Plaintiff K.Mizra LLC hereby notifies the Court of the filing of petitions for *Inter Partes* Review:

    1.    IPR2025-01115 was filed on August 13, 2025 by Petitioner Netskope, Inc. over U.S. Patent No. 8,234,705. In Paper 3 mailed August 21, 2025, the Board granted the petition a filing date of August 13, 2025. Patent Owner K.Mizra, LLC's preliminary response to the petition is due November 21, 2025. The expected time for an Institution Decision is approximately February 2026, and, if instituted, the expected time for a Final Written Decision is February 2027.

    2.    IPR2025-01468 was filed on August 29, 2025 by Petitioner Citrix Systems, Inc. and Cloud Software Group, Inc. over U.S. Patent No. 8,234,705. In Paper 3 mailed September 11, 2025, the Board granted the petition a filing date of August 29, 2025. Patent Owner K.Mizra, LLC's preliminary response to the petition is due December 11, 2025. The expected time for an Institution Decision is approximately March 2026, and, if instituted, the expected time for a Final Written Decision is March 2027.

3.    IPR2025-01436 was filed on September 19, by Petitioner Google LLC over U.S. Patent No. 8,234,705.  In Paper 3 mailed September 23, 2025, the Board granted the petition a filing date of September 19, 2025.  Patent Owner K.Mizra, LLC's preliminary response to the petition is due December 23, 2025.  The expected time for an Institution Decision is approximately March 2026, and, if instituted, the expected time for a Final Written Decision is March 2027.

4.    IPR2025-01437 was filed on September 19, by Petitioner Google LLC over U.S. Patent No. 9,516,048.  In Paper 3 mailed September 23, 2025, the Board granted the petition a filing date of September 19, 2025.  Patent Owner K.Mizra, LLC's preliminary response to the petition is due December 23, 2025.  The expected time for an Institution Decision is approximately March 2026, and, if instituted, the expected time for a Final Written Decision is March 2027.

Dated:  September 25, 2025.                    Respectfully submitted,

By: /s/ Robert R. Brunelli
Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
(903) 938-8900

Robert R. Brunelli (Admitted *pro hac vice*)
CO State Bar No. 20070
   rbrunelli@sheridanross.com
Bart A. Starr (Admitted *pro hac vice*)
CO State Bar No. 50446
   bstarr@sheridanross.com
Brian S. Boerman (Admitted *pro hac vice*)
CO State Bar No. 50834
   bboerman@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Of Counsel:*
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
claire@millerfairhenry.com

*Attorneys for Plaintiff K.Mizra LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on September 25, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Lori R. Brown
Lori R. Brown
lbrown@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223