## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No.: 1:25-cv-00236-ADA<br><br>Jury Trial Demanded |

## JOINT NOTICE AND REQUEST TO EXTEND THE DEADLINE FOR GOOGLE LLC'S REPLY CLAIM CONSTRUCTION BRIEF

Pursuant to the June 17, 2025 Scheduling Order (ECF No. 39) and the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff K.Mizra LLC and Defendant Google LLC (collectively, "the Parties") respectfully submit this Joint Notice of their agreed-upon extension of the following deadline for Defendant Google LLC's Reply Claim Construction Brief set forth in the Court's Scheduling Order (ECF No. 39), as follows:

| Event | Current Deadline | Parties' Extended Deadline |
|---|---|---|
| Reply Claim Construction Brief | September 30, 2025 | October 7, 2025 |

The extension of time is necessary as a result of the extended illness of Dr. Eric Cole, K.Mizra's expert, who is unable to be deposed by Google LLC until Friday, October 3, 2025. The Parties' request is unopposed and agreed to between the Parties. The Parties' request does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or other Court event.

Dated: September 29, 2025

By: /s/ Bart A. Starr
    Michael C. Smith
    Texas Bar No. 18650410
    michael.smith@solidcounsel.com
    Scheef & Stone, LLP
    113 E. Austin Street
    Marshall, TX 75670
    (903) 938-8900

    Robert R. Brunelli (Admitted *pro hac vice*)
    CO State Bar No. 20070
       rbrunelli@sheridanross.com
    Bart A. Starr (Admitted *pro hac vice*)
    CO State Bar No. 50446
       bstarr@sheridanross.com
    Brian S. Boerman (Admitted *pro hac vice*)
    CO State Bar No. 50834
       bboerman@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202
    Telephone: 303-863-9700
    Facsimile: 303-863-0223
    litigation@sheridanross.com

    *Of Counsel:*
    Claire A. Henry
    Texas Bar No. 24053063
    Miller Fair Henry PLLC
    1507 Bill Owens Parkway
    Longview, TX 75604
    Telephone: (903) 757-6400
    Facsimile: (903) 757-2323
    claire@millerfairhenry.com

*Attorneys for Plaintiff K.Mizra LLC*

Respectfully submitted,

By: /s/ Tharan Gregory Lanier
    Michael E. Jones
    Texas Bar No. 10929400
    Shaun W. Hassett
    Texas Bar No. 24074372
    Potter Minton P.C.
    102 North College, Suite 900
    Tyler, Texas 75702
    Tel: (903) 597-8311
    Fax: (903) 593-0846
    mikejones@potterminton.com
    shaunhassett@potterminton.com

    Tharan Gregory Lanier (Admitted *pro hac vice*)
       tglanier@jonesday.com
    Evan McLean (Admitted *pro hac vice*)
       emclean@jonesday.com
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA 94303
    Telephone: +1.650.739.3939
    Facsimile: +1.650.739.3900

    Michael A. Lavine (Admitted *pro hac vice*)
    mlavine@jonesday.com
    JONES DAY
    555 California Street, 26th Floor
    San Francisco, CA 94104
    Telephone: +1.415.626.3939
    Facsimile: +1.415.875.5700

    Sachin M. Patel (Admitted *pro hac vice*)
    smpatel@jonesday.com
    JONES DAY
    110 North Wacker Drive, Suite 4800
    Chicago, IL 60606
    Telephone: +1.312.782.3939
    Facsimile: +1.312.782.8585

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on September 29, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Bart A. Starr
Bart A. Starr
bstarr@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223