**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **K.MIZRA LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **-v-** | § | **1:25-CV-00236-ADA** |
| | § | |
| **GOOGLE LLC,** | § | |
| *Defendant.* | § | |

## <u>ORDER APPOINTING TECHNICAL ADVISOR</u>

The Court finds that the technology in the above-captioned case is exceptionally complex and warrants the appointment of a technical advisor. This case involves U.S. Patent No. 8,234,705, which is entitled "Contagion isolation and inoculation" and U.S. Patent No. 9,516,048, which is entitled "Contagion isolation and inoculation via quarantine." Both patents relate to the field of computer security. The '705 Patent is classified in the field of "Error detection; Error correction; Monitoring," while the '048 Patent is classified in the field of "Security arrangements for protecting computers, components thereof, programs or data against unauthorised activity; Monitoring users, programs or devices to maintain the integrity of platforms, e.g. of processors, firmware or operating systems."

The '705 Patent appears to be representative of the technical difficulty. The specification of the '705 Patent discusses contagion isolation and inoculation, quarantining, access to a protected network by an infected computer, etc. *See, e.g.*, '705 Patent at 3:8–46, Abstract. Full appreciation of the parties' upcoming arguments requires a detailed understanding of computer engineering.[1]

---

[1] This is not a ruling on the skill level of a person of ordinary skill in the art.

The Court hereby appoints Dr. Joshua J. Yi to serve as the Technical Advisor for the Court in this case. Given his background and qualifications, the Court is satisfied that Dr. Yi's appointment pursuant to the terms of this Order would assist the Court in this case. Dr. Yi's contact information is as follows:

> Dr. Joshua J. Yi
> 13492 Research Blvd; Ste. 120 – #445
> Austin, TX 78750-2254
> E-mail: josh@joshuayipatentlaw.com

The parties shall send courtesy copies of the following documents no later than one business day after the date of this order or after the last document in the following list is filed:

(1) **Briefs, joint claim construction statement, and patents**: In paper form, double-sided, stapled or bound (e.g., 3-ring), to the mailing address above,
(2) **Briefs, exhibits, joint claim construction statement, patents, and tutorial**: In electronic form, on a USB drive, to the mailing address above,
(3) **Word version of the joint claim construction statement**: Via e-mail to the above email address.

If the document was filed with the Court, the copy must include the CM/ECF header.

Dr. Yi will assist the Court with technical issues related to the claim construction process and advise the Court regarding preliminary and final claim constructions. Dr. Yi may also assist the Court in drafting a claim construction order.

Finally, depending on the needs of the case, Dr. Yi may also assist the Court with motions for summary judgment, *Daubert* motions, trial preparation and rulings, post-trial motions, and any other Court task that requires an appreciation of the complex technology included in the asserted patents.

The parties are **ORDERED** to notify the Court of any conflicts with Dr. Yi within 7 days of this order.

**SIGNED** this 2nd day of October, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE