**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| K.MIZRA LLC, | Civil Action No.: 1:25-cv-00236-ADA |
| Plaintiff, | |
| v. | Jury Trial Demanded |
| GOOGLE LLC, | |
| Defendant. | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's June 17, 2025 Scheduling Order (ECF No. 39), Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Google LLC ("Google") (collectively, "the Parties") respectfully submit this Joint Claim Construction Statement in anticipation of the *Markman* claim construction hearing scheduled for October 27, 2025.  The asserted patents are U.S. Patent No. 8,234,705 ("the '705 Patent") and 9,516,048 ("the '048 Patent").  The currently asserted claims are set forth below, and the Parties' agreed and disputed claim construction positions are shown in Appendix A attached hereto.

- '705 Patent: Claims 12, 13, 16 and 19

- '048 Patent: Claims 10, 11, 14, 17, and 18

Dated: October 17, 2025                    Respectfully submitted,

By: /s/ Bart A. Starr                          By:  /s/ Tharan Gregory Lanier
   Michael C. Smith                              Michael E. Jones
   Texas Bar No. 18650410                        Texas Bar No. 10929400
   michael.smith@solidcounsel.com                Shaun W. Hassett
   Scheef & Stone, LLP                           Texas Bar No. 24074372
   113 E. Austin Street                          Potter Minton P.C.
   Marshall, TX 75670                            102 North College, Suite 900
   (903) 938-8900                                Tyler, Texas 75702

Robert R. Brunelli (Admitted *pro hac vice*)
CO State Bar No. 20070
  rbrunelli@sheridanross.com
Bart A. Starr (Admitted *pro hac vice*)
CO State Bar No. 50446
  bstarr@sheridanross.com
Brian S. Boerman (Admitted *pro hac vice*)
CO State Bar No. 50834
  bboerman@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Of Counsel:*
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
claire@millerfairhenry.com

*Attorneys for Plaintiff K.Mizra LLC*

Tel: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
shaunhassett@potterminton.com

Tharan Gregory Lanier (Admitted *pro hac vice*)
  tglanier@jonesday.com
Evan McLean (Admitted *pro hac vice*)
  emclean@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: +1.650.739.3939
Facsimile:  +1.650.739.3900

Michael A. Lavine (Admitted *pro hac vice)*
mlavine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile:  +1.415.875.5700

Sachin M. Patel (Admitted *pro hac vice*)
smpatel@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile:  +1.312.782.8585

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been

served on October 17, 2025 to all counsel of record who are deemed to have consented to electronic

service via the Court's CM/ECF system.

/s/ Bart A. Starr
Bart A. Starr
bstarr@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223