Civil Action No. 1:25-cv-00236-ADA
**JOINT CLAIM CONSTRUCTION STATEMENT**

**APPENDIX A**

## I. AGREED CONSTRUCTION

| "trusted platform module" [proposed for construction by both Parties] | a secure cryptoprocessor that can store cryptographic keys and that implements the Trusted Platform Module specification from the Trusted Computing Group |
|---|---|

## II. DISPUTED CONSTRUCTIONS

| Claim Language | K.Mizra's Proposed Construction | Google's Proposed Construction |
|---|---|---|
| "trusted computing base" [proposed for construction by both Parties] | hardware or software that has been designed to be a part of the mechanism that provides security to a computer system | hardware or software within the first host that provides security to the host |
| "protected network" [Google's construction proposal] | plain-and-ordinary meaning | private network, distinct from public networks like the Internet |
| "valid digitally signed attestation of cleanliness" [Google's construction proposal] | plain-and-ordinary meaning | plain and ordinary meaning, wherein the plain and ordinary meaning is that the "attestation of cleanliness" is digitally signed by and received from the "trusted computing base" |
| "includes at least one of an . . . and an . . ." [Google's construction proposal] | plain-and-ordinary *disjunctive* meaning | includes at least one of an . . . and at least one of an . . . |

1

| "quarantine" or "quarantining" [Google's construction proposal] | plain-and-ordinary meaning | isolating from the protected network |
|---|---|---|
| "quarantine server" [Google's construction proposal] | plain-and-ordinary meaning | server to which a quarantined host's network traffic is redirected |
| "a remediation host configured to provide data usable to remedy the insecure condition" [Google's construction proposal] | plain-and-ordinary meaning | Subject to 35 U.S.C. § 112(f).  Function: "provide data usable to remedy the insecure condition"  Structure: Indefinite |