IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No.: 1:25-cv-00236-ADA<br><br>Jury Trial Demanded |

**JOINT MOTION FOR ENTRY OF MODIFIED PROTECTIVE ORDER**

Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Google LLC ("Google") respectfully move the Court for entry of a modified protective order to correct what appears to be an inadvertent omission in the November 10, 2025 Protective Order entered in this case (Doc. No. 62). Good cause exists for this request.

1. On November 10, 2025 the Parties submitted their Joint Motion for Entry of Disputed Protective Order, with their respective disputed positions highlighted in Appendix A thereto.

2. Paragraph 12 of the Court's Sample Protective Order For Patent Cases (the "Sample Order") includes a one-year limit on the prosecution bar. *See* Sample Order at ¶ 12 (reciting in relevant part ". . . during the pendency of this Action and for one year after its conclusion, including any appeals.")

3. Both parties intended to include the Sample Order's one-year limit on the prosecution bar in any protective order entered by the Court, but that provision does not appear in Paragraph 12 of the current Protective Order (Doc. 62).

4. The Parties respectfully request that the Protective Order be amended to include the one-year limit for the prosecution bar, consistent with Paragraph 12 of the Sample Order.

5. Specifically, the Parties request that the first sentence of Paragraph 12 of the Protective Order be amended to read: ". . . shall not prepare, prosecute, supervise, or assist in the preparation or prosecution of any patent application pertaining to the field of the invention of the patents-in-suit during the pendency of this Action and for one year after its conclusion, including any appeals." Attached is a copy of the Modified Protective Order for the Court's use.

WHEREFORE, the Parties respectfully request that the Court enter an amended Protective Order including the one-year limit for the prosecution bar.

Dated: November 19, 2025                Respectfully submitted,

By: /s/ *Bart Starr, with permission*
    Michael C. Smith
    Texas Bar No. 18650410
    michael.smith@solidcounsel.com
    Scheef & Stone, LLP
    113 E. Austin Street
    Marshall, TX 75670
    (903) 938-8900

    Robert R. Brunelli (Admitted *pro hac vice*)
    CO State Bar No. 20070
      rbrunelli@sheridanross.com
    Bart A. Starr (Admitted *pro hac vice*)
    CO State Bar No. 50446
      bstarr@sheridanross.com
    Brian S. Boerman (Admitted *pro hac vice*)
    CO State Bar No. 50834
      bboerman@sheridanross.com
    Tristan D. Lewis (Admitted *pro hac vice*)
    CO State Bar No. 60968
      tlewis@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202
    Telephone: 303-863-9700

By: /s/ *Shaun W. Hassett*
    Michael E. Jones
    Texas Bar No. 10929400
    Shaun W. Hassett
    Texas Bar No. 24074372
    Potter Minton P.C.
    102 North College, Suite 900
    Tyler, Texas 75702
    Tel: (903) 597-8311
    Fax: (903) 593-0846
    mikejones@potterminton.com
    shaunhassett@potterminton.com

    Tharan Gregory Lanier (Admitted *pro hac vice*)
      tglanier@jonesday.com
    Evan McLean (Admitted *pro hac vice*)
      emclean@jonesday.com
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA 94303
    Telephone: +1.650.739.3939
    Facsimile: +1.650.739.3900

Facsimile: 303-863-0223
litigation@sheridanross.com

*Of Counsel:*
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
claire@millerfairhenry.com

*Attorneys for Plaintiff K.Mizra LLC*

Michael A. Lavine (Admitted *pro hac vice*)
mlavine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Sachin M. Patel (Admitted *pro hac vice*)
smpatel@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

*Attorneys for Defendant Google LLC*