## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No.: 1:25-cv-00236-ADA<br><br>Jury Trial Demanded |

### JOINT NOTICE OF AGREED EXTENSION OF TIME

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Google LLC ("Google") respectfully submit this Joint Notice of their agreed-upon seven (7) day extension of time for K.Mizra to respond to Google's November 24, 2025 First Set of Interrogatories (Nos. 1-9) and First Set of Requests for Production (Nos. 1-49), from December 24, 2025 to and including December 31, 2025.

The requested extension is unopposed and agreed to between the Parties. The Parties' request does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or other Court event.

Dated: December 17, 2025

Respectfully submitted,

By: /s/ Bart A. Starr
    Michael C. Smith
    Texas Bar No. 18650410
    michael.smith@solidcounsel.com
    Scheef & Stone, LLP
    113 E. Austin Street

By: /s/ Tharan Gregory Lanier
    Michael E. Jones
    Texas Bar No. 10929400
    Shaun W. Hassett
    Texas Bar No. 24074372
    Potter Minton P.C.

Marshall, TX 75670
(903) 938-8900

Robert R. Brunelli (Admitted *pro hac vice*)
CO State Bar No. 20070
   rbrunelli@sheridanross.com
Bart A. Starr (Admitted *pro hac vice*)
CO State Bar No. 50446
   bstarr@sheridanross.com
Brian S. Boerman (Admitted *pro hac vice*)
CO State Bar No. 50834
   bboerman@sheridanross.com
Tristan D. Lewis (Admitted *pro hac vice*)
CO State Bar No. 60968
   tlewis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Of Counsel:*
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
claire@millerfairhenry.com

*Attorneys for Plaintiff K.Mizra LLC*

102 North College, Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
shaunhassett@potterminton.com

Tharan Gregory Lanier (Admitted *pro hac vice*)
   tglanier@jonesday.com
Evan McLean (Admitted *pro hac vice*)
   emclean@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900

Michael A. Lavine (Admitted *pro hac vice)*
mlavine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Sachin M. Patel (Admitted *pro hac vice*)
smpatel@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 17, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Bart A. Starr
Bart A. Starr
bstarr@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223