**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| K.MIZRA LLC, | Civil Action No.: 1:25-cv-00236-ADA |
| Plaintiff, | |
| v. | Jury Trial Demanded |
| GOOGLE LLC, | |
| Defendant. | |

**STIPULATION TO AMEND SCHEDULING ORDER**

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated September 19, 2025, Plaintiff K.Mizra LLC and Defendant Google LLC (collectively the "Parties"), hereby stipulate to amend the operative Scheduling Order (ECF No. 39). The Parties stipulate that the deadlines are amended as identified below.

| Operative Deadline | Amended Deadline | Item |
|---|---|---|
| May 26, 2026 | June 25, 2026 | Close of Fact Discovery |
| June 2, 2026 | July 2, 2026 | Opening Expert Reports. |
| June 30, 2026 | July 30, 2026 | Rebuttal Expert Reports. |
| July 21, 2026 | August 20, 2026 | Close of Expert Discovery. |
| August 4, 2026 | September 3, 2026 | Dispositive motion deadline and *Daubert* motion deadline. |

Dated: May 8, 2026

By: /s/ Matthew C. Holohan
    Michael C. Smith
    Texas Bar No. 18650410
    michael.smith@solidcounsel.com
    Scheef & Stone, LLP
    113 E. Austin Street
    Marshall, TX 75670
    (903) 938-8900

    Robert R. Brunelli*
    CO State Bar No. 20070
       rbrunelli@sheridanross.com
    Bart A. Starr*
    CO State Bar No. 50446
       bstarr@sheridanross.com
    Matthew C. Holohan*
    CO State Bar No. 40996
       mholohan@sheridanross.com
    Brian S. Boerman*
    CO State Bar No. 50834
       bboerman@sheridanross.com
    Tristan D. Lewis*
    CO State Bar No. 60968
       tlewis@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202
    Telephone: 303-863-9700
    Facsimile: 303-863-0223
    litigation@sheridanross.com

    *Admitted *pro hac vice*

    *Of Counsel:*
    Claire A. Henry
    Texas Bar No. 24053063
    Miller Fair Henry PLLC
    1507 Bill Owens Parkway
    Longview, TX 75604
    Telephone: (903) 757-6400
    Facsimile: (903) 757-2323
    claire@millerfairhenry.com

*Attorneys for Plaintiff K.Mizra LLC*

By: /s/ Tharan Gregory Lanier
    Michael E. Jones
    Texas Bar No. 10929400
    Shaun W. Hassett
    Texas Bar No. 24074372
    Potter Minton P.C.
    102 North College, Suite 900
    Tyler, Texas 75702
    Tel: (903) 597-8311
    Fax: (903) 593-0846
    mikejones@potterminton.com
    shaunhassett@potterminton.com

    Tharan Gregory Lanier (Admitted *pro hac vice*)
       tglanier@jonesday.com
    Evan McLean (Admitted *pro hac vice*)
       emclean@jonesday.com
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA  94303
    Telephone: +1.650.739.3939
    Facsimile:  +1.650.739.3900

    Michael A. Lavine (Admitted *pro hac vice*)
    mlavine@jonesday.com
    JONES DAY
    555 California Street, 26th Floor
    San Francisco, CA 94104
    Telephone: +1.415.626.3939
    Facsimile:  +1.415.875.5700

    Peter Young Kim (Admitted *pro hac vice*)
    pkim@jonesday.com
    JONES DAY
    51 Louisiana Ave, N.W.
    Washington DC, 20001
    Telephone: +1.202.879.3939
    Facsimile: +1.202.626.1700

2

Sachin M. Patel (Admitted *pro hac vice*)
smpatel@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile:  +1.312.782.8585

*Attorneys for Defendant Google LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 8, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Matthew C. Holohan
Matthew C. Holohan
mholohan@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223

4