**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| K.MIZRA LLC, | Civil Action No.: 1:25-cv-00236-ADA |
| Plaintiff, | |
| v. | |
| GOOGLE LLC, | Jury Trial Demanded |
| Defendant. | |

**JOINT MOTION TO ENTER PROPOSED AMENDED SCHEDULING ORDER**

Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Google LLC ("Google") (collectively, the "Parties") submit this Joint Motion to enter an Amended Scheduling Order proposed by the Parties and submitted herewith.

Good cause exists for this Joint Motion and an Amended Scheduling Order. Dr. Eric Cole, K.Mizra's technical expert, recently and unexpectedly passed away. Dr. Cole's passing will require K.Mizra to vet and retain a new technical expert. It will also require K.Mizra's expert, once retained, to review and analyze the two patents at issue in this matter, review and analyze computer source code produced by Google, review and analyze numerous technical documents directed to the accused products, and draft his or her opening expert report on the issue of alleged infringement, among other tasks. This process will take months to complete.

Because of these extenuating circumstances, as well as the intervening holidays at the end of 2026, the Parties jointly request that the case schedule and deadlines be extended by several months. A proposed Amended Scheduling Order is submitted herewith.

Dated: June 17, 2026

By: /s/ Robert R. Brunelli
    Michael C. Smith
    Texas Bar No. 18650410
    michael.smith@solidcounsel.com
    Scheef & Stone, LLP
    113 E. Austin Street
    Marshall, TX 75670
    (903) 938-8900

    Robert R. Brunelli*
    CO State Bar No. 20070
       rbrunelli@sheridanross.com
    Bart A. Starr*
    CO State Bar No. 50446
       bstarr@sheridanross.com
    Matthew C. Holohan*
    CO State Bar No. 40996
       mholohan@sheridanross.com
    Brian S. Boerman*
    CO State Bar No. 50834
       bboerman@sheridanross.com
    Tristan D. Lewis*
    CO State Bar No. 60968
       tlewis@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202
    Telephone: 303-863-9700
    Facsimile: 303-863-0223
    litigation@sheridanross.com

    *Admitted *pro hac vice*

*Of Counsel:*
    Claire A. Henry
    Texas Bar No. 24053063
    Miller Fair Henry PLLC
    1507 Bill Owens Parkway
    Longview, TX 75604
    Telephone: (903) 757-6400
    Facsimile: (903) 757-2323
    claire@millerfairhenry.com

By: /s/ Tharan Gregory Lanier
    Michael E. Jones
    Texas Bar No. 10929400
    Shaun W. Hassett
    Texas Bar No. 24074372
    Potter Minton P.C.
    102 North College, Suite 900
    Tyler, Texas 75702
    Tel: (903) 597-8311
    Fax: (903) 593-0846
    mikejones@potterminton.com
    shaunhassett@potterminton.com

    Tharan Gregory Lanier
    (Admitted *pro hac vice*)
       tglanier@jonesday.com
    Evan McLean (Admitted *pro hac vice*)
       emclean@jonesday.com
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA  94303
    Telephone: +1.650.739.3939
    Facsimile:  +1.650.739.3900

    Michael A. Lavine
    (Admitted *pro hac vice)*
    mlavine@jonesday.com
    JONES DAY
    555 California Street, 26th Floor
    San Francisco, CA 94104
    Telephone: +1.415.626.3939
    Facsimile:  +1.415.875.5700

    Peter Young Kim
    (Admitted *pro hac vice*)
    pkim@jonesday.com
    JONES DAY
    51 Louisiana Ave, N.W.
    Washington DC, 20001
    Telephone: +1.202.879.3939
    Facsimile: +1.202.626.1700

*Attorneys for Plaintiff K.Mizra LLC*

2

Sachin M. Patel (Admitted *pro hac vice*)
smpatel@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile:  +1.312.782.8585

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on June 17, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Robert R. Brunelli
Robert R. Brunelli
rbrunelli@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

4