**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| K.MIZRA LLC,<br><br>     Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Civil Action No.: 1:25-cv-00236-ADA<br><br><br>Jury Trial Demanded |

**AMENDED SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court ORDERS that the

following schedule will govern deadlines up to and including the trial of this matter.

| Current Deadline | Proposed Amended Deadline | Item |
|---|---|---|
| June 25, 2026 | June 25, 2026 (no change) | Close of Fact Discovery. Note: Review of source code may be conducted by K.Mizra's expert(s) after June 25, 2026. |
| July 2, 2026 | December 4, 2026 | Opening Expert Reports. |
| July 30, 2026 | January 28, 2027 | Rebuttal Expert Reports. |
| August 20, 2026 | February 18, 2027 | Close of Expert Discovery. |
| July 28, 2026 | February 25, 2027 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |

| | | |
|---|---|---|
| September 3, 2026 | March 11, 2027 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>*See* OGP Note #9 regarding providing copies to the Court and technical advisor (if appointed).<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. |
| August 18, 2026 | March 25, 2027 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| September 1, 2026 | April 8, 2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| September 1, 2026 | April 8, 2027 | Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. |
| September 8, 2026 | April 15, 2027 | Serve objections to rebuttal disclosures; file motions *in limine* |
| September 15, 2026 | April 22, 2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*.<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| September 22, 2026 | April 22, 2027 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to file replies to motions *in limine*. |

2

| September 29, 2026 | April 29, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
|---|---|---|
| 8 weeks before trial | TBD (8 weeks before trial) | Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. |
| October 1, 2026 | May 6, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| October 5, 2026 | May or June 2027 (Date To Be Set By The Court) | **Final Pretrial Conference**. Held in person unless otherwise requested. |
| November 2, 2026[1] | May or June 2027 (Date To Be Set By The Court) | **Jury Selection/Trial**. |

So ORDERED and SIGNED this _____ day of _____, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1]If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-*Markman* that are consistent with the Court's default deadlines in light of the actual trial date.