**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| K.MIZRA LLC, | |
| Plaintiff, | Civil Action No.: 1:25-cv-00236-ADA |
| v. | Jury Trial Demanded |
| GOOGLE LLC, | |
| Defendant. | |

**UNOPPOSED MOTION FOR LEAVE TO TAKE DEPOSITIONS
OF NAMED INVENTORS AARON T. EMIGH AND JAMES A. ROSKIND
<u>OUT OF TIME</u>**

Defendant Google LLC ("Google") seeks leave to take the depositions of Aaron T. Emigh ("Mr. Emigh") and James A. Roskind ("Dr. Roskind"), the named inventors to U.S. Patent Nos. 8,234,705 and 9,516,048 (the "Patents-in-Suit"), beyond the close of fact discovery. Pursuant to the parties' Stipulation to Amend Scheduling Order, the deadline for fact discovery will close on June 25, 2026. Dkt. No. 72. Throughout fact discovery, Google has diligently attempted to coordinate both Dr. Roskind's and Mr. Emigh's respective deposition dates, but was unable to confirm deposition dates before June 25 because Dr. Roskind dates of availability fell on Sundays and Mr. Emigh was unresponsive until June 17 to Google's subpoenas and related communications.

*First*, Mr. Emigh did not initially respond to Google's document production and deposition subpoenas (collectively, "Federal Subpoenas"). On June 9, 2026, Google moved to compel ("Google's Motion to Compel") Mr. Emigh with respect to both Federal Subpoenas in the United States District Court for the Northern District of California. *See generally Google LLC v. Emigh*,

No. 5:26-mc-80181 (N.D. Cal. June 9, 2026), Dkt. No. 1.  On June 11, 2026, United States Magistrate Judge Susan van Keulen of the Northern District of California ordered briefing on Google's Motion to Compel, setting forth a briefing schedule that concludes on June 23, only two days before the close of fact discovery in this case.  Order Setting Briefing Schedule, *Google LLC v. Emigh*, No. 5:26-mc-80181 (N.D. Cal. June 9, 2026), Dkt. No. 7, at 1.  Magistrate Judge Susan van Keulen intends to "hold a hearing if it determines a hearing is necessary." *Id.*

On June 17, 2026, however, Mr. Emigh emailed Google's counsel, explaining that he has been traveling internationally, including Scotland, Ireland, and Portugal, and focused on his trip. Mr. Emigh wrote that he will "respond in more detail" and that he "may have some documents relating to assignments of ownership" and he "will search and respond in further detail."  Exhibit 1 (Email from A. Emigh to S. Patel), at 1.  Mr. Emigh further stated he "will make [him]self available for a [Z]oom deposition."  *Id.*  Magistrate Judge Susan van Keulen recently granted Google's  30-day extension on briefing from the Northern District of California given Mr. Emigh's apparent willingness to cooperate.  Google files its Unopposed Motion for Leave to Take Deposition of Aaron T. Emigh Out Of Time (the "Motion"), to allow additional time for Mr. Emigh to comply or for Magistrate Judge Susan van Keulen to rule on Google's Motion to Compel.

*Second*, despite the parties' otherwise successful coordination of deposition dates, various scheduling conflicts prevented the parties from scheduling the deposition of asserted patent inventor Dr. James Roskind before the fact discovery deadline.  Upon further coordination between the parties, counsel for K.Mizra and Dr. Roskind have proposed, and Google has accepted, Dr. Roskind for deposition on Monday, July 6th and (if necessary) July 7th, which is after the close of fact discovery.

Google plans to take Dr. Roskind's deposition on July 6 and 7.  Mr. Emigh has indicated that he will need time to search for documents responsive to Google's requested documents, and Google will also need time to review those documents before his deposition.  In light of the parties' Joint Motion to Enter Proposed Amended Scheduling Order (Dkt. No. 73), the scheduling of these depositions out of time will not disrupt the other deadlines in this case.  Because Mr. Emigh and Dr. Roskind are named inventors to both Patents-in-Suit, their testimonies are relevant and material to this case.  Accordingly, Google requests leave to take both Mr. Emigh's and Dr. Roskind's depositions after the fact discovery deadline.  K.Mizra LLC does not oppose this motion.

Dated: June 25, 2026

Respectfully submitted,

By: /s/ Michael E. Jones, with permission for Sachin M. Patel

Michael E. Jones
Texas Bar No. 10929400
Shaun W. Hassett
Texas Bar No. 24074372
Potter Minton P.C.
102 North College, Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
shaunhassett@potterminton.com

Tharan Gregory Lanier (Admitted *pro hac vice*)
tglanier@jonesday.com
Evan McLean (Admitted *pro hac vice*)
emclean@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: +1.650.739.3939
Facsimile:  +1.650.739.3900

Michael A. Lavine (Admitted *pro hac vice)*
mlavine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile:  +1.415.875.5700

Sachin M. Patel (Admitted *pro hac vice*)
smpatel@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile:  +1.312.782.8585

Peter Young Kim (Admitted *pro hac vice*)
pkim@jonesday.com
JONES DAY
51 Louisiana Ave, N.W.
Washington DC, 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700

*Attorneys for Defendant Google LLC*