**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| K.MIZRA LLC, | |
| Plaintiff, | Civil Action No.: 1:25-cv-00236-ADA |
| v. | Jury Trial Demanded |
| GOOGLE LLC, | |
| Defendant. | |

**ADDITIONAL ATTACHMENT TO DKT 75:
GOOGLE LLC'S UNOPPOSED MOTION FOR LEAVE TO
TAKE DEPOSITIONS OF NAMED INVENTORS
AARON T. EMIGH AND JAMES A. ROSKIND OUT OF TIME**

Attached hereto is the following exhibit to the above-referenced unopposed motion:

- Ex. 1 – Email from Aaron Emigh to Sachin Patel dated June 17, 2026.

Dated: June 25, 2026                          Respectfully submitted,

By:  /s/ *Michael E. Jones, with permission
     for Sachin M. Patel*
     Michael E. Jones
     Texas Bar No. 10929400
     Shaun W. Hassett
     Texas Bar No. 24074372
     Potter Minton P.C.
     102 North College, Suite 900
     Tyler, Texas 75702
     Tel: (903) 597-8311
     Fax: (903) 593-0846
     mikejones@potterminton.com
     shaunhassett@potterminton.com

2

Tharan Gregory Lanier (Admitted *pro hac vice*)
tglanier@jonesday.com
Evan McLean (Admitted *pro hac vice*)
emclean@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: +1.650.739.3939
Facsimile:  +1.650.739.3900

Michael A. Lavine (Admitted *pro hac vice)*
mlavine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile:  +1.415.875.5700

Sachin M. Patel (Admitted *pro hac vice*)
smpatel@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile:  +1.312.782.8585

Peter Young Kim (Admitted *pro hac vice*)
pkim@jonesday.com
JONES DAY
51 Louisiana Ave, N.W.
Washington DC, 20001
Telephone: +1.202.879.3939
Facsimile:  +1.202.626.1700

*Attorneys for Defendant Google LLC*