# EXHIBIT 1

## Patel, Sachin M.

| | |
|---|---|
| **From:** | Aaron Emigh <aaron@emigh.org> |
| **Sent:** | Wednesday, June 17, 2026 10:06 AM |
| **To:** | Patel, Sachin M. |
| **Cc:** | McLean, Evan M.; Lavine, Michael A. |
| **Subject:** | RE: Motion to Compel NDCA -- K.Mizra v. Google, Case No. 25-cv-236 (W.D. Tex.). |

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Report Suspicious

Hello Mr. Patel --

My apologies.  I have been in Scotland, Ireland, and Portugal, and focused on my trip rather than what is going on back in the US.

I will respond in more detail; as a first pass, I do not possess any documents regarding the specific subject matter of the patents, or reduction to practice thereof.  I may have some documents relating to assignments of ownership and so on -- I will search and respond in further detail.

I can make myself available for a zoom deposition at a time that is compatible with both your time zone and mine (Portugal).  Please suggest some times.

Yours,
Aaron

> On 06/11/2026 3:32 PM PDT Patel, Sachin M. <smpatel@jonesday.com> wrote:

> Dear Mr. Emigh,

> Pursuant to Court order in the motion to compel matter against you before the Northern District of California, Case No. 5:26-MC-80181-SVK, I am emailing copies to you of Google's motion to compel, K.Mizra LLC's statement of no position, and the Court's scheduling order.

> We will be mailing these materials as well.

Please contact us if you have any questions.

Sachin M. Patel (bio)
Associate
JONES DAY® - One Firm Worldwide®
110 N. Wacker Drive, Suite 4800
Chicago, Illinois 60606
Office 1.312.269.4295

---

**From:** Patel, Sachin M.
**Sent:** Wednesday, June 10, 2026 7:53 PM
**To:** aaron@emigh.org
**Cc:** McLean, Evan M. <emclean@jonesday.com>; Lavine, Michael A. <mlavine@jonesday.com>
**Subject:** RE: Motion to Compel -- K.Mizra v. Google, Case No. 25-cv-236 (W.D. Tex.).

Dear Mr. Emigh,

Please contact us as soon as possible to discuss document requests and depositions in connection with *K.Mizra v. Google*, Case No. 25-cv-236 (W.D. Tex.). In the interim, we have filed a motion to compel against you in the Northern District of California, Case No. 5:26-MC-80181-SVK. A courtesy copy is attached, and we will be using formal service as well.

Please contact us if you have any questions.

Sachin M. Patel (bio)
Associate
JONES DAY® - One Firm Worldwide®
110 N. Wacker Drive, Suite 4800
Chicago, Illinois 60606
Office 1.312.269.4295

---

**From:** Patel, Sachin M.
**Sent:** Monday, May 18, 2026 12:29 PM
**To:** aaron@emigh.org

**Cc:** McLean, Evan M. <emclean@jonesday.com>; Lavine, Michael A. <mlavine@jonesday.com>
**Subject:** RE: Letter re Subpoenas -- K.Mizra v. Google, Case No. 25-cv-236 (W.D. Tex.).

Dear Mr. Emigh,

We write to serve the attached letter relating to the below-mentioned subpoenas in connection with the pending litigation of *K.Mizra v. Google*, Case No. 25-cv-236 (W.D. Tex.).

Please contact us if you have any questions.

Sachin M. Patel (bio)
Associate
JONES DAY® - One Firm Worldwide®
110 N. Wacker Drive, Suite 4800
Chicago, Illinois 60606
Office 1.312.269.4295

**From:** Patel, Sachin M.
**Sent:** Tuesday, April 7, 2026 1:47 PM
**To:** 'aaron@emigh.org' <aaron@emigh.org>
**Cc:** McLean, Evan M. <emclean@jonesday.com>; Lavine, Michael A. <mlavine@jonesday.com>
**Subject:** Service of Subpoenas -- K.Mizra v. Google, Case No. 25-cv-236 (W.D. Tex.).

Dear Mr. Emigh,

We write to serve the attached subpoenas in connection with the pending litigation of *K.Mizra v. Google*, Case No. 25-cv-236 (W.D. Tex.).

Please contact us if you have any questions.

Sachin M. Patel (bio)
Associate
JONES DAY® - One Firm Worldwide®
110 N. Wacker Drive, Suite 4800
Chicago, Illinois 60606
Office 1.312.269.4295


***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***