**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| K.MIZRA LLC,<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Civil Action No.: 1:25-cv-00236-ADA<br><br>Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO TAKE DEPOSITIONS
OF NAMED INVENTORS AARON T. EMIGH AND JAMES A. ROSKIND
<u>OUT OF TIME</u>**

Before the Court is Defendant GOOGLE LLC'S  Unopposed Motion for Leave To Take Depositions of Named Inventors Aaron T. Emigh and James A. Roskind Out of Time.  After consideration of same, the Court finds that said motion should be GRANTED.

IT IS THEREFORE ORDERED that GOOGLE LLC'S  Unopposed Motion for Leave To Take Depositions of Named Inventors Aaron T. Emigh and James A. Roskind Out of Time is hereby GRANTED and Defendant is GRANTED leave to take both Mr. Emigh's and Dr. Roskind's depositions after the fact discovery deadline.

SIGNED 06/29/2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE