**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|                        |                               |
|------------------------|-------------------------------|
| K.MIZRA LLC,           | Civil Action No.: 1:25-cv-00236-ADA |
|     Plaintiff, |                    |
| v.                     | Jury Trial Demanded           |
| GOOGLE LLC,            |                               |
|     Defendant. |                    |

**JOINT NOTICE OF AGREED EXTENSION OF TIME REGARDING DEPOSITION**

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Google LLC ("Google") respectfully submit this Joint Notice of their agreed-upon extension of time for K.Mizra to take the Fed. R. Civ. P. 30(b) deposition of Google's designated representative, Shawn Bananzadeh, beyond the close of fact discovery in this case.  By agreement of the Parties, Mr. Bananzadeh's deposition will be held July 23, 2026, and will continue from day-to-day until complete.

The requested extension is unopposed and agreed to between the Parties.  The Parties' request does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or other Court event.

Dated:  July 14, 2026

| | |
|---|---|
| By: /s/ Tristan D. Lewis | By:    /s/ Tharan Gregory Lanier |
| Michael C. Smith | Michael E. Jones |
| Texas Bar No. 18650410 | Texas Bar No. 10929400 |
| michael.smith@solidcounsel.com | Shaun W. Hassett |
| Scheef & Stone, LLP | Texas Bar No. 24074372 |
| 113 E. Austin Street | Potter Minton P.C. |
| Marshall, TX 75670 | 102 North College, Suite 900 |

(903) 938-8900

Robert R. Brunelli*
CO State Bar No. 20070
  rbrunelli@sheridanross.com
Bart A. Starr*
CO State Bar No. 50446
  bstarr@sheridanross.com
Matthew C. Holohan*
CO State Bar No. 40996
  mholohan@sheridanross.com
Brian S. Boerman*
CO State Bar No. 50834
  bboerman@sheridanross.com
Tristan D. Lewis*
CO State Bar No. 60968
  tlewis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com


*Admitted *pro hac vice*

*Of Counsel:*
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
claire@millerfairhenry.com

*Attorneys for Plaintiff K.Mizra LLC*

Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
shaunhassett@potterminton.com

Tharan Gregory Lanier
(Admitted *pro hac vice*)
  tglanier@jonesday.com
Evan McLean (Admitted *pro hac vice*)
  emclean@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: +1.650.739.3939
Facsimile:  +1.650.739.3900

Michael A. Lavine
(Admitted *pro hac vice)*
mlavine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile:  +1.415.875.5700

Peter Young Kim
(Admitted *pro hac vice*)
pkim@jonesday.com
JONES DAY
51 Louisiana Ave, N.W.
Washington DC, 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700

Sachin M. Patel (Admitted *pro hac vice*)
smpatel@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile:  +1.312.782.8585

*Attorneys for Defendant Google LLC*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the above and foregoing document has been

served on July 14, 2026, to all counsel of record who are deemed to have consented to electronic

service via the Court's CM/ECF system.


/s/ Tristan D. Lewis
Tristan D. Lewis
tlewis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223