**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| K.MIZRA LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No.: 1:25-cv-00236-ADA<br><br>Jury Trial Demanded |

**UPDATED STATUS OF *INTER PARTES* REVIEW FILINGS**

Pursuant to this Court's current Standing Order Governing Proceedings – Patent Cases (OGP Version 1 Austin), Plaintiff K.Mizra LLC hereby notifies the Court of the status of petitions for *Inter Partes* Review:

1. IPR2025-01115 was filed on August 13, 2025 by Petitioner Netskope, Inc. over U.S. Patent No. 8,234,705, one of the two patents at issue in this action. On December 18, 2025, the Patent Trial and Appeal Board (the "Board") issued a Notice denying institution of *inter partes* review based on discretionary review. (Notice, Paper 13.)

2. IPR2025-01468 was filed on August 29, 2025 by Petitioner Citrix Systems, Inc. and Cloud Software Group, Inc. over U.S. Patent No. 8,234,705. On November 18, 2025, Petitioner filed an unopposed Motion to Withdraw Petition for *Inter Partes* Review (Mot., Paper 9). On December 5, 2025 the Board granted the Motion and issued an Order terminating the proceeding. (Order, Paper 10.)

3. IPR2025-01436 was filed on September 19, 2025 by Petitioner Google LLC over U.S. Patent No. 8,234,705. On January 27, 2026, the Board issued a Notice denying institution of *inter partes* review based on discretionary review. (Notice, Paper 15.)

4. IPR2025-01437 was filed on September 19, 2025 by Petitioner Google LLC over U.S. Patent No. 9,516,048, one of the two patents at issue in this action. On January 27, 2026, the Board issued a Notice denying institution of *inter partes* review based on discretionary review. (Notice, Paper 15.)

Dated: October 6, 2026

Respectfully submitted,

By: /s/ Bart A. Starr
Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
(903) 938-8900

Robert R. Brunelli*
CO State Bar No. 20070
rbrunelli@sheridanross.com
Bart A. Starr*
CO State Bar No. 50446
bstarr@sheridanross.com
Matthew C. Holohan*
CO State Bar No. 40996
mholohan@sheridanross.com
Brian S. Boerman*
CO State Bar No. 50834
bboerman@sheridanross.com
Tristan D. Lewis*
CO State Bar No. 60968
tlewis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Of Counsel:*
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
claire@millerfairhenry.com

*Admitted *pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 6, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Bart A. Starr

Bart A. Starr
CO State Bar No. 50446
bstarr@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223