**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| K.MIZRA LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No.: 1:25-cv-00236-ADA<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION TO WITHDRAW**

Plaintiff K.Mizra LLC ("K.Mizra") hereby moves for Tristan D. Lewis, departing from Sheridan Ross, P.C., to be permitted to withdraw as counsel for K.Mizra in this case. The withdrawal of Tristan D. Lewis will not delay this proceeding and will not prejudice any party. No other changes are required regarding other attorneys at Sheridan Ross, P.C., and they will continue working as active counsel for K.Mizra.

K.Mizra respectfully requests that the Court grant this Motion and enter an order permitting Tristan D. Lewis to withdraw from this action as counsel. K.Mizra further requests that the Court and all parties remove Tristan D. Lewis from all service lists, including ECF service lists, and cease to serve him with orders, motions, discovery, and all other documents subject to service and/or notice in this proceeding.

Dated: November 4, 2026

Respectfully submitted,

By: */s/ Tristan D. Lewis*

Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
(903) 938-8900

Robert R. Brunelli*
CO State Bar No. 20070
rbrunelli@sheridanross.com
Bart A. Starr*
CO State Bar No. 50446
bstarr@sheridanross.com
Matthew C. Holohan*
CO State Bar No. 40996
mholohan@sheridanross.com
Brian S. Boerman*
CO State Bar No. 50834
bboerman@sheridanross.com
Tristan D. Lewis*
CO State Bar No. 60968
tlewis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Of Counsel:*
Claire A. Henry
Texas Bar No. 24053063
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
claire@millerfairhenry.com

*Admitted *pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on November 3, 2026, I conferred with opposing counsel regarding the relief requested herein. Opposing counsel stated they do not oppose the requested withdrawal.

*/s/ Tristan D. Lewis*
Tristan D. Lewis

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, I electronically filed the foregoing Unopposed Motion to Withdraw with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record. I hereby further certify that on November 4, 2026, a true and correct copy of the foregoing was served upon K.Mizra via email.

*/s/ Tristan D. Lewis*
Tristan D. Lewis
tlewis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223

*Attorney for Plaintiff K.Mizra LLC*